# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GIUMARRA BROS. FRUIT CO., INC., et al.,

    Plaintiff(s),

v.

PARADISE PRODUCE LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-00395-APG-NJK

**Order**

(Docket No. 34)

Pending before the Court is Plaintiffs' motion to extend the deadline to file a joint proposed discovery plan and scheduling order. Docket No. 34. Plaintiffs submit that Defendants consent to the instant motion. *Id*. at 3.

Plaintiffs ask the Court to extend the deadline to file a joint proposed discovery plan from August 4, 2018, to September 5, 2018. *Id.* at 1-2. Plaintiffs submit that Defendant Paradise Produce LLC ("Paradise Produce") filed a petition for bankruptcy on June 25, 2018. *Id.* at 2. Plaintiffs further submit that an extension is warranted because Defendant Paradise Produce's bankruptcy trustee requires additional time to decide "whether to retain separate counsel or have [Defendant] Paradise Produce's current counsel continue with litigating Paradise Produce's counterclaim." *Id.* at 3.

On July 5, 2018, Defendant Paradise Produce filed a notice of bankruptcy. Docket No. 32. In that notice, Defendant Paradise Produce submits that its filing imposed an automatic stay. *Id.* at 2. Accordingly, the Court hereby **STAYS** this case as to Defendant Paradise Produce ONLY,

pending either the lifting of the stay or resolution of its bankruptcy proceeding. Defendant Paradise Produce shall file a status report in the instant case, regarding its bankruptcy case and the stay, every 30 days, beginning September 6, 2018. The Court **DENIES** Plaintiffs' motion at Docket No. 34 and **ORDERS** all other parties to file a joint proposed discovery plan and scheduling order, no later than August 13, 2018.

IT IS SO ORDERED.

Dated: August 6, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge