# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GIUMARRA BROS. FRUIT CO., INC., et al., | Case No.: 2:18-cv-00395-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 60] |
| PARADISE PRODUCE LLC, et al., | |
| Defendant(s). | |

Filings must be made on the docket using an appropriate document event. Local Rule IC 2-2(b). The filer is responsible for providing the correct title for that document. Local Rule IC 2-2(c). Attorney Michael Hangemeyer previously docketed two joint motions to extend deadlines incorrectly as "discovery plans." Docket Nos. 50, 58. The Clerk's Office rejected those filings because the event used did not match the document filed. Docket Nos. 51, 59.[1] The most recent of the notices was issued today. Nonetheless, Mr. Hangemeyer has yet again refiled a joint motion to extend as a "discovery plan." Docket No. 60. Because this latest filing violates the local rules, it is hereby **STRICKEN**. Mr. Hangemeyer is **INSTRUCTED** to familiarize himself with the local rules. The Court also reminds Mr. Hangemeyer that there is a CM/ECF helpdesk available at (702) 464-5555 if further guidance is required.

---

[1] These filings were also not properly linked as required by Local Rule IC 2-2(d). *See* Docket Nos. 51, 59; *see also* Docket No. 52 (docket text modified by the Clerk's Office because refiled papers were again not properly linked as required by Local Rule IC 2-2(d)).

1

**Any renewed papers must be filed in accordance with the local rules.**

IT IS SO ORDERED.

Dated: April 9, 2019

                                                                                           _____
Nancy J. Koppe
United States Magistrate Judge