# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GIUMARRA BROS. FRUIT CO., INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> PARADISE PRODUCE LLC, et al., <br><br> Defendants | Case No.: 2:18-cv-00395-APG-NJK <br><br> **Order for Status Report** |

IT IS ORDERED that on or before August 23, 2019, the parties shall file a status report regarding what, if anything, remains of this case.

DATED this 6th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE