# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GIUMARRA BROTHERS FRUIT
COMPANY, INC., et al.,

     Plaintiffs

v.

PARADISE PRODUCE, LLC, et al.,

     Defendant

Case No.: 2:18-cv-00395-APG-NJK

**Order Closing Case**

In light of the plaintiffs' status report (ECF No. 77),

IT IS ORDERED that the clerk of court shall close this case, without prejudice to the plaintiffs moving to reopen the case once defendant Paradise Produce, LLC's bankruptcy proceedings have concluded or the automatic stay is lifted.

DATED this 22nd day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE